UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| ANNABELLE JANE VORBAU,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:25-CV-02045-BAT<br><br><br><br>ORDER |

For the reasons set forth in the parties' stipulated motion for attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, *et seq*., and good cause shown, IT IS HEREBY ORDERED AS FOLLOWS:

Plaintiff is here by awarded $16,493.35 in fees and expenses under the EAJA. Under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). Any EAJA fees should therefore be awarded to Plaintiff and not to Plaintiff's attorney. If, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned her right to EAJA fees to her attorney; (2) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the

requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's attorney, Olinsky Law Group. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid via electronic fund transfer (EFT) or check made out to Plaintiff but delivered to Plaintiff's attorney. Any funds paid directly to Plaintiff's attorney may be made via EFT or check.

Plaintiff is hereby awarded costs in the amount of $405.00. Cost may be paid via check or electronic funds transfer.

DATED this 19th day of November, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ *Lars J. Nelson*
LARS J. NELSON
Special Assistant United State Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Phone: (206) 615-3717
Fax: (833) 410-1627
Lars.Nelson@ssa.gov